UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

Liberty Wellness Chiropractic,

          Plaintiff(s),

    -against-

Empire Healthchoice Assurance, et al.,
          Defendant(s),
-------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2023

21 Civ. 2132 (CM) (KNF)

CALENDAR NOTICE

    Please take notice that the above captioned matter has been **re-scheduled** for a:

| | | |
|---|---|---|
| ___ Pre-trial conference | ___ Status conference | __ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| _X_ Rule (16) conference | ___ Final pre-trial conference | __ Fairness Hearing |
| ___ Telephone conference | ___ Jury Selection and Trial | __ OTSC Hearing |
| ___ Non-Jury Trial | ___ Inquest | |

**to Thursday, March 2, 2023 at 10:30 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 24A, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and filed on ECF.

Dated: January 20, 2023
       New York, New York

                                        So Ordered

                                        Colleen McMahon, U.S.D.J.