UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

Liberty Wellness Chiropractic,

                              Plaintiff,

      -against-

                                                          No. 21 Civ. 2132 (CM)

Empire Healthchoice Assurance Inc.,

                              Defendants.

---

## ORDER

McMahon, J.:


      Please take notice that the conference scheduled for Thursday, March 2, 2023 at

10:30 A.M. before the Honorable Colleen McMahon is cancelled.


Dated: February 23, 2023

                                          _____
                                                      U.S.D.J

BY ECF TO ALL COUNSEL